*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015          520439
_____

In the Matter of the Claim of
    DANIEL A. CEA,
                    Appellant.

LAKELAND CENTRAL SCHOOL
    DISTRICT,                          MEMORANDUM AND ORDER
                    Respondent.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  September 22, 2015

Before:  Lahtinen, J.P., Egan Jr., Rose and Clark, JJ.

_____

        Daniel A. Cea, Cortland Manor, appellant pro se.

        Shaw, Perelson, May & Lambert, LLP, Poughkeepsie (Steven M.
Latino of counsel), for Lakeland Central School District,
respondent.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowitz of counsel), for Commissioner of Labor, respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed June 17, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because his employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Egan Jr., Rose and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court